**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Civil No. 09-280-P-S |
| DAVID A. GREENE, et al., | ) ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 42) filed August 28, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Compel (Docket No. 32) is **GRANTED** and the instant case is **STAYED** pending arbitration. To the extent that the Magistrate Judge deferred ruling on Plaintiff's Objection to the Scheduling Order (Docket No. 33), the Court refers that motion back to the Magistrate Judge for ruling in accordance with this Order.

       /s/ George Z. Singal
       United States District Judge

Dated this 27th day of September, 2010.